**FEDERAL DEFENDER OFFICE**
**LEGAL AID & DEFENDER ASSOCIATION, INC.**
**613 Abbott St., 5th Floor**
**Detroit, MI 48226**
***Telephone:* (313) 967-5542 ▪ *Fax:* (313) 962-0685**

LEGAL AID AND DEFENDER ASSOCIATION INC

**DEIERDRE' L. WEIR**
*Executive Director*

**MIRIAM L.SIEFER**
*Chief Federal Defender*

**ANDREW N. WISE**
*Deputy Defender*
(313) 967-5830

February 22, 2012

Leonard Green
Clerk of the Court
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S.Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

Re: *David Flick v. Millicent Warren,*
09-2542

Dear Mr. Green:

I submit this letter in the above case pursuant to Federal Rule of Appellate Procedure 28(j) to inform the Court of the following authorities that have come to my attention after the filing of the briefs in this case:

*Gonzalez v. Wong*, __F.3d__, 2011 WL 6061514 (9th Cir. 2011). In *Gonzalez*, the Ninth Circuit remanded a habeas case to allow exhaustion of a *Brady* claim that had not been presented on post-conviction review. To the extent that the Court accepts Respondent-Appellant's arguments at pages 25-29 that Mr. Flick's claims have not previously been presented to the state courts, he asks that the Court accept the reasoning of *Gonzalez* and remand the case so that it may be stayed and held in abeyance to allow him to return to state court to present these claims. *See Rhines v. Webber*, 125 S.Ct. 1528 (2005).

Sincerely,

*/s Andrew N. Wise*

Andrew N. Wise
Deputy Defender

cc: Laura Cook