**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 20, 2012

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 09-2542, *David Flick v. Millicent Warren*
Originating Case No. : 05-73367

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Louise Schwarber
Case Manager
Direct Dial No. 513-564-7015

cc: Ms. Laura A. Cook
Mr. Andrew N. Wise

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

---

No: 09-2542

---

Filed: March 20, 2012

DAVID FLICK

Petitioner - Appellant

v.

MILLICENT WARREN

Respondent - Appellee

MANDATE

Pursuant to the court's disposition that was filed 02/27/2012 the mandate for this case hereby issues today.

COSTS: None